IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**EDDY H. DUARTE,**

    Plaintiff,

v.                                                                No. 17-cv-0055 SMV

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security Administration,**

    Defendant.

### ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

THIS MATTER is before the Court on Plaintiff's Motion for Order Granting Application to Proceed in Forma Pauperis and Directing Service [Doc. 2] ("Motion"), filed on January 17, 2017. Plaintiff moves to proceed pursuant to 28 U.S.C. § 1915. The Court, being fully advised in the premises FINDS that the Motion is well-taken and should be GRANTED.

**IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Order Granting Application to Proceed in Forma Pauperis [Doc. 2] is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal Service is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

**IT IS SO ORDERED.**

                                                                           _____
                                                                           **STEPHAN M. VIDMAR**
                                                                           **United States Magistrate Judge**